FRANK SILVER, Respondent, *v.* PARK-LEX HOLDING COR-
PORATION et al., Appellants, Impleaded with Others.

*Real property — trust — foreclosure — action to foreclose trust deed of
real property given to secure bonds.*

*Silver* v. *Park-Lex Holding Corp.*, 222 App. Div. 40, affirmed.
(Argued April 4, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 3, 1928, reversing a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court
on trial at Special Term and granting a new trial.   The
action was to foreclose a trust deed of certain real property
given by the owner to secure payment of certain bonds
issued by it, it being alleged that there had been a default
in payment of principal and interest.

*Joseph A. Seidman, Milton Zuckerman* and *Walter S.
Seidman* for appellants.

*Henry C. Burnstine* and *George E. Netter* for respondent.

Order affirmed and judgment absolute ordered against
appellants on the stipulation, with costs in all courts;
no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.